IRVINE J. KITTINGER, Respondent, v. CHURCHILL EVANGELISTIC ASSOCIATION, INCORPORATED, and CLINTON H. CHURCHILL, Appellants, Impleaded with HIRAM W. DEYO and D. F. CHURCHILL, Respondents.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Memorandum.   With the decision heretofore rendered in this case [244 App. Div. 876], we filed a memorandum in which we stated in effect that in affirming this judgment we did not interpret it as constituting an adjudication of the character of the stock ownership by the plaintiff, by the defendant Clinton H. Churchill, or by the representatives of Sarah H. Churchill, in the Churchill Evangelistic Association, Inc.   The sole question involved was the interpretation of a voting trust agreement.   The plaintiff Kittinger and defendant Clinton H. Churchill and Sarah H. Churchill signed the voting trust agreement and their signatures gave validity thereto.   For the purpose of construing that instrument we must hold that its validity depended upon the ownership of the stock by those signing the agreement. In this sense, and in this sense only, was it material in this case whether or not the persons who signed the agreement were owners.   But the quality of the ownership, whether they held individually, that is, of their own private right, or as trustees or subject to certain disclosed or undisclosed equities, is entirely immaterial, and the judgment affirmed cannot purport to decide anything except as to the validity and construction of the voting trust agreement.   Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of FRANK B. SCHMIDT, Respondent, for a Peremptory Order of Mandamus against THE BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, Appellant, and RAY F. FOWLER, as District Attorney, Defendant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

INEZ BLACK DRAKE, Respondent, v. CORNING BUILDING COMPANY, INCORPORATED, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. AMOS PARKER, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn Prison, Auburn, New York, Respondent. — Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Final Judicial Settlement of the Account of Proceedings of FIRST CITIZENS BANK AND TRUST COMPANY OF UTICA (as Successor, etc. ), as Trustee under the Last Will and Testament of ELLEN A. ROBERTS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of SYRACUSE MASONIC TEMPLE for an Order that GEORGE P. SMITH and Others, Constituting the Board of Assessors of the City of Syracuse, Show Cause Why the Assessment of the Property of Said Petitioner for the Years 1931 and 1932 Should Not Be Declared Erroneous, etc., and Reduced Accordingly.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.